**Electronically Filed**
**Supreme Court**
**SCPW-23-0000056**
**21-FEB-2023**
**09:19 AM**
**Dkt. 20 ODMR**

SCPW-23-0000056

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CAMERON NICE and MARTHA NICE, Petitioners,

vs.

THE HONORABLE RANDAL VALENCIANO,
Judge of the Circuit Court of the Fifth Circuit,
State of Hawaiʻi, Respondent.

---

ORIGINAL PROCEEDING
(5CCV-22-0000027)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the February 16, 2023 motion for reconsideration and materials appended thereto, filed by Petitioners Cameron and Martha Nice, pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP), and the record in this matter, this court has not overlooked or misapprehended

points of law or fact.  See HRAP Rule 40(b).  Accordingly, it is ordered that the motion for reconsideration is denied.

DATED:  Honolulu, Hawai'i, February 21, 2023.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins